**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JXN WATER, INC., ET AL**                                    **PLAINTIFFS**

**v.**                                    **CIVIL ACTION NO. 3:25-CV-00660-HTW-LGI**

**BLOSSOM APARTMENTS, LLC, ET AL.**                          **DEFENDANTS**

### ORDER ENJOINING STATE COURT ACTION

Having found on the record in this Court on April 29, 2026, that injunctive relief is necessary and appropriate to protect and effectuate this Court's jurisdiction over matters pertaining to Blossom Apartments, and to prevent the entry of inconsistent, conflicting, or duplicative orders by the state courts that would render ineffective any judgment or order this Court may enter, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the state courts of Mississippi; including without limitation the Chancery Court of Hinds County, Mississippi; and the Environmental and Administrative courts for the City of Jackson, Mississippi, are **ENJOINED** and **RESTRAINED:**

- from prosecuting any proceeding, hearing, trial, or other action of any kind relating to Blossom Apartments, located at 3100 Woodbine Ave, Jackson, Mississippi;

- from entering, enforcing, or giving effect to any order, judgment, decree, writ, or ruling pertaining to Blossom Apartments or affecting the rights, obligations, or ownership of the Complex;

- from taking any other action that would interfere with, impede, or undermine this Court's jurisdiction over the subject matter of this action or the orderly administration of these proceedings, including with respect to any debts owed by

Blossom Apartments to JXN Water, which are hereby recognized as property of the federal receivership estate.

This Order shall remain in effect for the duration of this matter, or until further order of this Court modifying or dissolving this injunction upon a showing of good cause.

**SO ORDERED**, this the 4th day of May, 2026.


/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Damonta D. Morgan*
Damonta D. Morgan (MSB #106583)
Charles Mitchell McGuffey (MSB #104986)
Malissa Wilson (MSB # 100751)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 690-8600
Facsimile: (601) 960-8613
damonta.morgan@formanwatkins.com
mitch.mcguffey@formanwatkins.com
malissa.wilson@formanwatkins.com

*Counsel for ITPM & JXN Water, Inc.*